(112 So. 919)

Von L. THOMPSON v. BOARD OF COMMISSIONERS OF THE STATE BAR. (6

[1] Post, p. 694.

Div. 815.) Supreme Court of Alabama. March 24, 1927. Rehearing Denied April 21, 1927. Original petition for supersedeas to the Board of Commissioners of the State Bar. W. S. Pritchard, J. F. Thompson, and Thompson & Thompson, all of Birmingham, and Arthur B. Chilton, of Montgomery, for appellant. J. Q. Smith, of Birmingham, for appellee.

PER CURIAM. The charge or information against the appellant, Thompson, substantially conforms to the statute, and was not therefore subject to the attack made upon same. After careful examination of the evidence in this cause, the court is of the opinion, and so holds, that it supports the finding and conclusion of the board of commissioners, and the order of said board suspending the said Thompson from practicing law for two years is hereby affirmed. Affirmed.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.